UNITED STATES of America, Plaintiff-Appellee,

v.

Johnnie W. MULLINS, Jr., Defendant-Appellant.

No. 31049

Summary Calendar.[**]

United States Court of Appeals, Fifth Circuit.

June 29, 1971.

Rehearing Denied Sept. 8, 1971.

William J. Gillespie, Gillespie & McClendon, Lubbock, Tex., for defendant-appellant.

Eldon B. Mahon, U. S. Atty., W. E. Smith, Asst. U. S. Atty., Ft. Worth,

[1a]. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

[**] Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

Tex., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, John P. Burke, Richard B. Buhrman, Crombie J. D. Garrett, Attys., Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]